conclude that the petition is an attempt to raise issues that are more properly addressed on direct appeal. Accordingly, we deny the petition and Floyd's motion for default judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*

reasoning of the district court. *See Armstrong v. Beaty,* No. MISC–01–13–1 (M.D.N.C. filed Jan. 25, 2001; entered Jan. 26, 2001). We also deny Armstrong's motion for summary judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

**Arthur O. ARMSTRONG,**
**Plaintiff–Appellant,**

v.

**James A. BEATY, Defendant–Appellee.**

**No. 01–1194.**

United States Court of Appeals,
Fourth Circuit.

Submitted April 10, 2001.

Decided May 8, 2001.

Arthur O. Armstrong, pro se.

Before MOTZ, TRAXLER, and KING, Circuit Judges.

PER CURIAM.

Arthur O. Armstrong appeals a district court order denying a motion for leave to file a complaint. We have reviewed the district court order and find the appeal frivolous. Accordingly, we affirm on the

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**James Cedric HAYDEN, a/k/a Reginald**
**James Wilder, Defendant–**
**Appellant.**

**No. 01–6022.**

United States Court of Appeals,
Fourth Circuit.

Submitted April 27, 2001.

Decided May 8, 2001.

James Cedric Hayden, pro se.

Ray B. Fitzgerald, Jr., Office of the United States Attorney, Charlottesville, VA, for appellee.